UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                            )    No. 22-01075-FPC13
    Wolfe, Rebecca                            )
                                                  )    NOTICE OF AMENDED
                            Debtor.                 )    EXEMPTION SCHEDULE

TO:   All Parties of Interest

NOTICE IS GIVEN that, debtor have filed an Amended Schedule C, the amendment does not change any exemption amounts it merely amends to state the dollar amount of exemptions in certain terms. You are giving notice that unless an Objection to the debtors' amended Schedule C, a copy of which is attached to this notice, is filed with the US Bankruptcy Court for the Eastern District of Washington, Third Floor, US Post Office Bldg, 904 W. Riverside, PO Box 2164, Spokane, WA 99210 and served upon the undersigned, and served upon Daniel Brunner, Chapter 13 Trustee, PO Box 1513, Spokane, WA 99210, no later than 30 days from the date of this notice plus any additional time allowed pursuant to F.R.B.P. 9006, the amended exemptions shall be allowed.

Dated: December 05, 2022         /s/ ROBERT C. HAHN, III
                                 Robert C. Hahn, III, WSBA27261
                                 Attorney for Debtors
                                 2906 N. Argonne Rd.
                                 Spokane Valley, WA 99212
                                 (509) 921-9500/(509) 921-7699 - fax